IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re CARIBBEAN PETROLEUM LP., *et al.*[1]

Bankruptcy Case No. 01-11657 (PJW)

| | |
|---|---|
| Hernan Serrano, Trustee of the Caribbean Petroleum Creditors' Trust, And On Behalf Of The Estates Of The Above-Captioned Debtors, Caribbean Petroleum, *et al.*, <br><br> Plaintiff, <br> v. <br> Universal Chemical <br> Solares & Co., Inc. <br> Popular Inc. <br> The Canada Life Ins., et al <br> Wackenhut PR Inc. <br> LL Mechanical <br> Camioneros Cooperat. <br> A.I. Credit Corp. <br> Ponce Maintenance <br> McConnell <br> Centennial PR <br> Texaco Industries <br> American Express <br> First International <br> Industrial Hydrovac <br> Gulf Chemical Corp. <br><br> Defendants. | <br><br><br><br><br><br><br><br> Civil Action No. 04-427 SLR <br> Civil Action No. 04-428 SLR <br> Civil Action No. 04-429 SLR <br> Civil Action No. 04-430 SLR <br> Civil Action No. 04-431 SLR <br> Civil Action No. 04-432 SLR <br> Civil Action No. 04-433 SLR <br> Civil Action No. 04-434 SLR <br> Civil Action No. 04-435 SLR <br> Civil Action No. 04-436 SLR <br> Civil Action No. 04-437 SLR <br> Civil Action No. 04-438 SLR <br> Civil Action No. 04-439 SLR <br> Civil Action No. 04-440 SLR <br> Civil Action No. 04-441 SLR <br> Civil Action No. 04-442 SLR |

State of Delaware       )
                        ) ss:
County of New Castle    )

### AFFIDAVIT OF SERVICE

Marlene Chappe, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., and that

---

[1] The debtors are the following entities: Caribbean Petroleum, LP; Caribbean Oil LP; Caribbean Petroleum Refining LP; Gulf Petroleum (Puerto Rico) Corporation and Caribbean Petroleum Corporation.

DOCS_DE:107190.1

on the 13th of April 2005, she caused a copy of the foregoing *Order*, scheduling an in-person status conference for all Caribbean Petroleum adversary proceedings to be held on May 13, 2005 at 9:30 a.m., to be served upon the parties listed on the attached service list in the matter indicated herein.

*[signature]*
Marlene Chappe

Sworn to and subscribed before
me this 13th day of April 2005

*[signature]*
Notary Public

My Commission Expires: 03-21-06

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2006

2

DOCS_DE:107190.1